■ In the Matter of ANGEL A., a Child Alleged to be Neglected. NOEL A., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondents. [606 NYS2d 683] —Order, Family Court, Bronx County (Marjory Fields, J.), entered June 5, 1992, which after a fact finding hearing found that the respondent had neglected his son and placed him with the Commissioner of Social Services for a period of one year, unanimously affirmed, without costs.

The multiple burns over respondent's 21-month-old son and the lack of explanation for the injuries established a prima facie case of neglect *(see, Matter of Cerda,* 114 AD2d 795). The court did not abuse its discretion in not compelling a witness to appear in court where the substance of her testimony

would not have been material to rebutting the prima facie case of neglect.

The matter of whether the disputed hearing should have been held is moot. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Tom, JJ.